# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| THOMAS HOBBS, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>SALEM HOLDING COMPANY, )<br>and SALEM LEASING )<br>CORPORATION, d/b/a SALEM )<br>NATIONAL LEASE, )<br>)<br>    Defendants/Third Party )<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>J.H. SEALE AND SON, INC. )<br>)<br>    Third-Party Defendant )  | CV420-151 |

# **ORDER**

The parties' Joint Status Report filed March 25, 2022 indicates that they "reached a settlement on or about March 10, 2022." Doc. 83 at 2. It further explains that the parties are "finalizing the settlement documents." *Id.* Over 45 days have passed since the parties filed that status report, and no further action has been taken in this case. *See generally* docket. The parties are, therefore, **DIRECTED** to confer and

file a Status Report within fourteen days of the entry of this Order updating the Court on the status of their settlement efforts. Alternatively, if the parties have finalized their settlement documents, they may file dismissal documents within that same period.

    **SO ORDERED,** 12th day of May, 2022.

                                            _____
                                            CHRISTOPHER L. RAY
                                            UNITED STATES MAGISTRATE JUDGE
                                            SOUTHERN DISTRICT OF GEORGIA