## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| THOMAS HOBBS, | |
| Plaintiff, | CIVIL ACTION NO.: 4:20-cv-00151-RSB-CLR |
| v. | |
| SALEM HOLDING COMPANY and SALEM LEASING CORPORATION d/b/a SALEM NATIONAL LEASE, | |
| Defendants/Third-Party Plaintiffs, | |
| v. | |
| J.H. SEALE AND SON, INC., | |
| Third –Party Defendant. | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the above-captioned parties, who have all appeared in this matter through undersigned counsel, hereby jointly stipulate to dismiss with prejudice the above-captioned action in its entirety. Such dismissal shall include all claims asserted in this action, including Thomas Hobbs' claims against Salem Holding Company and Salem Leasing Corporation d/b/a Salem National Lease and Salem's third-party claims against JH Seale and Son, Inc. Each party shall bear their own respective attorneys' fees and costs associated with this

action.

    Respectfully submitted, this 12th day of May, 2022.


/s/ Allison J. Marani_____

Tyler Love

Georgia Bar No. 940411

tlove@rodenlaw.com

Allison J. Marani

Georgia Bar No. 238794

amarani@rodenlaw.com

**RODEN LAW**

333 Commercial Drive

Savannah, GA 31406

T: (912) 303-5850

F: (912) 303-5851

*Counsel for Plaintiff*

/s/ Mareesa T. Dittle_____

Mareesa T. Dittle

Georgia Bar No. 195372

dittlm1@nationwide.com

**LAWOFFICE OF J. ANDREW WILLIAMS**

2970 Clairmont Road NE, Suite 600

Brookhaven, GA 30329

T: (912) 661-5664

F: (866) 281-0088

*Counsel for J.H. Seale & Son, Inc.*

/s/ Sean Keenan_____

Sean Keenan

Georgia Bar No. 523871

skeenan@cmlawfirm.com

Sunshine R. Nasworthy

Georgia Bar No. 564888

snasworthy@cmlawfirm.com

**CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP**

Meridian II, Suite 2000

275 Scientific Drive

Norcross, Georgia 30092

T: (678) 684-2154

F: (404) 881-2630

*Counsel for Salem Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

Sean Keenan, Esq.
Sunshine Nasworthy
CRUSER, MITCHELL, NOVITZ, SANCHEZ,
GASTON & ZIMET, LLP
Meridian II, Suite 2000
275 Scientific Drive
Norcross, GA 30092

Mareesa T. Dittle
LAWOFFICE OF J. ANDREW WILLIAMS
2970 Clairmont Road NE, Suite 600
Brookhaven, GA 30329
dittlm1@nationwide.com
*(Attorney for J.H. Seale and Son Inc.)*

Respectfully submitted, this 12th day of May, 2022.

**RODEN LAW**

*/s/ Allison J. Marani*
Allison J. Marani
Georgia Bar No. 238794