IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| THOMAS HOBBS, | |
| Plaintiff, | CIVIL ACTION NO.: 4:20-cv-151 |
| v. | |
| SALEM HOLDING COMPANY; and SALEM LEASING CORPORATION d/b/a SALEM NATIONAL LEASE, | |
| Defendants/Third-Party Plaintiffs, | |
| v. | |
| J.H. SEALE AND SON, INC., | |
| Third-Party Defendant. | |

**O R D E R**

Before the Court is a Joint Stipulation for Dismissal With Prejudice signed and filed by counsel for all parties to all claims in this case, wherein the parties indicate they stipulate to the dismissal, with prejudice, of all claims asserted in this action, including Thomas Hobbs' claims against Salem Holding Company and Salem Leasing Corporation d/b/a Salem National Lease and Salem's third-party claims, with each party to bear its own attorneys' fees and costs. (Doc. 85.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**, with each party to bear its own attorneys' fees and costs. The Clerk of Court is hereby authorized and directed to **TERMINATE** all pending motions and to **CLOSE** this case.

**SO ORDERED**, this 21st day of June, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA